## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01494-CNS-SBP

**CRUSOE ENERGY SYSTEMS, LLC,**

      Plaintiff,

  v.

**EVANSTON INSURANCE COMPANY and**
**MARKEL AMERICAN INSURANCE COMPANY,**

      Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Plaintiff Crusoe Energy Systems, LLC (now known as Crusoe Technologies, LLC), and Defendants Evanston Insurance Company and Markel American Insurance Company, by and through undersigned counsel, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

1. The Parties have settled this matter, and the conditions for filing a dismissal under their written settlement agreement have been satisfied.

2. All claims asserted, or that could have been asserted, in this action are hereby dismissed with prejudice.

3. Each Party shall bear its own costs, expenses, and attorneys' fees.

4. The Parties respectfully request that the Court enter the accompanying Proposed Order of Dismissal with Prejudice.

Dated: July 20, 2026

**HOLLAND & HART LLP**
*s/ Jose A. Ramirez*
Jose A. Ramirez
Katherine D. Varholak
Shawn A. Eady
Holland & Hart LLP
555 17th Street, Suite 3200

**DICKINSON WRIGHT PLLC**
*s/ Jeffry H. Kass*
Jeffry H. Kass
Dickinson Wright PLLC
1125 17th Street, Suite
550, Denver, CO 80202

Denver, CO 80202-3921
JRamirez@hollandhart.com
KDVarholak@hollandhart.com
SAEady@hollandhart.com
Attorneys for Plaintiff Crusoe Energy
Systems, LLC

Jkass@dickinsonwright.com
*Attorney for Defendants Evanston Insurance
Company
and Markel American Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Jose A. Ramirez*
Jose A. Ramirez

WORKSITE\38494079.v1