**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01494-CNS-SBP

**CRUSOE ENERGY SYSTEMS, LLC,**

   Plaintiff,

  v.

**EVANSTON INSURANCE COMPANY and
MARKEL AMERICAN INSURANCE COMPANY,**

   Defendants.

---

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

---

  Upon review of the Parties' Stipulation for Dismissal with Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and being otherwise fully advised, the Court ORDERS as follows:

1.  The Stipulation is accepted.

2.  This action, including all claims asserted or that could have been asserted herein, are DISMISSED WITH PREJUDICE.

3.  Each Party shall bear its own costs, expenses, and attorneys' fees.

Dated this _____ day of _____, 2026.

            _____
            Hon. Charlotte N. Sweeney
            United States District Judge

WORKSITE\38494080.v1